**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Westpack Holdings, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Westpack Packaging Solutions** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3912710** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1204 W. Western Ave. #3** <br> **Muskegon, MI 49441** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Muskegon** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://ewestpack.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Westpack Holdings, Inc.**                                          Case number (*if known*) _____
_____
Name

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Westpack Holdings, Inc.**  Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

�|■| No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☐|■| Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐|■| No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

|■| **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .  *Check one:*

☐|■| Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐\|■\| 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐\|■\| $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐\|■\| $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  **Westpack Holdings, Inc.**                                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Westpack Holdings, Inc.** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 31, 2023**
MM / DD / YYYY

**X** */s/ Richard Wilson*                 **Richard Wilson**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** */s/ A. Todd Almassian*          Date **August 31, 2023**
Signature of attorney for debtor                  MM / DD / YYYY

**A. Todd Almassian P55467**
Printed name

**Keller & Almassian, PLC**
Firm name

**230 East Fulton**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone   **616-364-2100**      Email address   **ecf@kalawgr.com**

**P55467 MI**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Westpack Holdings, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 31, 2023**    *X* **/s/ Richard Wilson**
                       Signature of individual signing on behalf of debtor

                       **Richard Wilson**
                       Printed name

                       **President**
                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Westpack Holdings, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration Office of District Counsel 515 Patrick V McNamara Bldg Detroit, MI 48226** | **Michael Shiparski** **Mike.Shiparski@usdoj.gov (616) 808-2069** | **All Asset Lien** | | **$1,282,250.76** | **$869,540.96** | **$1,182,250.76** |
| **Michcor Container, Inc. 1151 Sheldon Ave SE Grand Rapids, MI 49507** | **John Pettengill** **John@michcor.com (616) 452-7089** | **Supplier** | | | | **$130,762.77** |
| **Cascades Enviropac PO Box 673939 Detroit, MI 48267** | **Matt Welsh** **matthew_welsh@cascades.com (540) 450-6093** | **Supplier** | | | | **$49,644.22** |
| **Arvco Container Corporation PO Box 1450 Minneapolis, MN 55485** | **Kevin Kellog** **kevink@arvco.com (800) 968-9128** | **Supplier** | | | | **$44,170.68** |
| **Chase Bank PO Box 6294 Carol Stream, IL 60197** | **(800) 346-5538** | **Charge Account** | | | | **$25,407.53** |
| **G&T Industries Foam Division 1001 76th Street SW Byron Center, MI 49315** | **Robin Kyle** **kyler@gtindustries.com (616) 583-1516** | **Supplier** | | | | **$20,777.55** |
| **Fibers of Kalamazoo, Inc. 313 S. Rohlwing Road Addison, IL 60101** | **Jeff Wysocki** **jwysocki@fibersofkzoo.com (269) 344-3122** | **Supplier** | | | | **$16,898.76** |

Debtor  **Westpack Holdings, Inc.**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Intra City Dispatch Inc.** **1450 E. Laketon Ave Muskegon, MI 49442** | **Danielle DeVries** danielle_devries@intracitydispatch.com **(231) 739-6270** | **Services** | | | | **$14,454.00** |
| **Holland Pallet Repair** **13370 Barry Street Holland, MI 49424** | **Dave Mason** hollandpallet@yahoo.com **(616) 738-1400** | **Supplier** | | | | **$12,525.28** |
| **Color Hub** **4950 Kraft Ave SW Grand Rapids, MI 49512** | **Brad Albright** brad@colorhubprint.com **(260) 224-2907** | **Supplier** | | | | **$7,049.53** |
| **Green Bay Packaging, Inc.** **1700 N. Webster Court Green Bay, WI 54302** | **Sue Ann Willis** swillis@gbp.com **(269) 552-1048** | **Supplier** | | | | **$6,364.76** |
| **Kentwood Packaging** **2102 Avastar Parkway Grand Rapids, MI 49544** | **Sandy Wright** swright@kentwoodpackaging.com **(616) 325-1111** | **Supplier** | | | | **$6,063.22** |
| **Box Partners, LLC** **2650 Galvin Drive Elgin, IL 60124** | **Rhonda Reed** customerservice@boxpartners.com **(847) 783-9000** | **Supplier** | | | | **$5,251.08** |
| **RJ Woodworking** **3108 Whitehall Road Muskegon, MI 49445** | **Paul Carter** paul@rjwoodworking.com **(231) 766-2511** | **Supplier** | | | | **$4,629.00** |
| **Action Packaging** **Dept. 6077 PO Box 30516 Lansing, MI 48909** | **Cortney Davis** cdavis@actionpackaging.com **(616) 871-5200** | **Supplier** | | | | **$4,462.79** |
| **Grand River Insurance Agency Dept 771715 Detroit, MI 48277** | **Cam Rotterman** crotman@lenzbalderins.com **(616) 798-9440** | **Services** | | | | **$4,294.00** |

Debtor  **Westpack Holdings, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Matchbox Machinery 668 North Coast Hwy Laguna Beach, CA 92651** | **Brian Eichler** **brian@matchboxm achinery.com (949) 485-1360** | **Services** | | | | **$3,405.36** |
| **Pratt Industries, Inc. 2000 Beverly SW Wyoming, MI 49519** | **Stephanie Schut** **sschut@prattindus tries.com (616) 591-5037** | **Supplier** | | | | **$2,721.02** |
| **Nagel Paper Tubes 6437 W. Lennon Road Swartz Creek, MI 48473** | **Michael Zgorzelski** **M.Zgorzelski@abza c.com (819) 817-2052** | **Supplier** | | | | **$2,649.36** |
| **Westrock Box on Demand, LLC 14467 Collection Center Drive Chicago, IL 60693** | **Dave Goble** **dave.goble@westr ock.com (269) 964-7181** | **Supplier** | | | | **$2,407.50** |

**Fill in this information to identify the case:**

Debtor name    **Westpack Holdings, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ **869,540.96**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **869,540.96**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **1,781,682.64**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **377,505.62**

4. Total liabilities .........................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ **2,159,188.26**

**Fill in this information to identify the case:**

Debtor name **Westpack Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Huntington Bank** | **Business Checking** | **5215** | **$119,151.70** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$119,151.70**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| **Prepaid Loan Fees** | |
|---|---|
| 8.1.  **$40,562.04** | **$0.00** |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    **$0.00**

Debtor    **Westpack Holdings, Inc.**                                Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    **176,121.18** - **0.00** = .... **$176,121.18**
                           face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$176,121.18**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. | **Raw materials Inventory** | 8/31/2023 | $150,768.08 | Recent cost | $150,768.08 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    **$150,768.08**
    Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Westpack Holdings, Inc.**                                    Case number *(if known)* _____
          Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office furniture, computers, printers, small appliances, telephones** | **$3,600.00** | **Appraisal 8/1/23** | **$3,600.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **CAD Software** | **$5,000.00** | **Comparable sale** | **$5,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | $8,600.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Westpack Holdings, Inc.**                                    Case number *(if known)* _____
          Name

| Machinery & equipment | $414,900.00 | Appraisal 8/1/23 | $414,900.00 |

---

51.    **Total of Part 8.**                                                              | $414,900.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

**Part 9:    Real property**

54.    **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **1204 W. Western Ave, Muskegon, MI 49441 38,495 square feet commercial space** | Tenant | $0.00 | | $0.00 |

---

56.    **Total of Part 9.**                                                              | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59.    **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Westpack Holdings, Inc.**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) |  |  |
|---|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Deferred Taxes Receivable**<br>**$101,000.00**<br>**Non-transferable/No value** | Tax year **2022** | $0.00 |
| 73. | **Interests in insurance policies or annuities**<br>**Commerical Insurance, Liability Insurance, Worker**<br>**Compensation Insurance and an Umbrella Policy**<br>**Agent: Vantapoite Risk Mgmt** |  | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |  |
| 76. | **Trusts, equitable or future interests in property** |  |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |  |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. |  | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Westpack Holdings, Inc.**
          Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $119,151.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $176,121.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $150,768.08 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $414,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $869,540.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $869,540.96 |

**Fill in this information to identify the case:**

Debtor name   **Westpack Holdings, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Small Business Administration**<br>Creditor's Name<br><br>**Office of District Counsel 515 Patrick V McNamara Bldg**<br>**Detroit, MI 48226**<br>Creditor's mailing address<br><br>**Mike.Shiparski@usdoj.gov**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2020-**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**All Asset Lien**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,282,250.76** | **$869,540.96** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **The Huntington National Bank**<br>Creditor's Name<br><br>**2361 Morse Road- NC1W37**<br>**Columbus, OH 43229**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2016-**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**All Assets**<br><br>**Describe the lien**<br>**UCC Financing Statement**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$499,431.88** | **$869,540.96** |

Debtor   **Westpack Holdings, Inc.**
_____
Name

Case number (*if known*) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,781,682.64

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Huntington National Bank**<br>**PO Box 182232**<br>**GW1W34**<br>**Columbus, OH 43218** | Line **2.2** | |
| **US Attorney's Office**<br>**PO BOX 208**<br>**Grand Rapids, MI 49501** | Line **2.1** | |
| **US Small Business Admin**<br>**Disaster Loan Servicing Center**<br>**2 North 20th Street, Suite 320**<br>**Birmingham, AL 35203** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name      **Westpack Holdings, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $1,136.54 |

As of the petition filing date, the claim is: *Check all that apply.*

**3.1**  Nonpriority creditor's name and mailing address
Abzac- Multifold
9000 Boulevard Industriel
Suite 290
Trois-Rivieres, QC G9A 5E1

Date(s) debt was incurred  **2023-**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☒ No  ☐ Yes

Amount of claim  **$1,136.54**

**3.2**  Nonpriority creditor's name and mailing address
Action Packaging
Dept. 6077
PO Box 30516
Lansing, MI 48909

Date(s) debt was incurred  **2023-**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☒ No  ☐ Yes

Amount of claim  **$4,462.79**

**3.3**  Nonpriority creditor's name and mailing address
ALTA Equipment Co.
25538 Betworth Place
Chicago, IL 60673

Date(s) debt was incurred  **2023-**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☒ No  ☐ Yes

Amount of claim  **$598.09**

**3.4**  Nonpriority creditor's name and mailing address
Arvco Container Corporation
PO Box 1450
Minneapolis, MN 55485

Date(s) debt was incurred  **2023-**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☒ No  ☐ Yes

Amount of claim  **$44,170.68**

Debtor    **Westpack Holdings, Inc.**                          Case number (if known) _____

Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,251.08 |

**Box Partners, LLC**
**2650 Galvin Drive**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,644.22 |

**Cascades Enviropac**
**PO Box 673939**
**Detroit, MI 48267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,407.53 |

**Chase Bank**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Charge Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.82 |

**Cintas Corporation #301**
**PO Box 630910**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,049.53 |

**Color Hub**
**4950 Kraft Ave SW**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.48 |

**Continental Linen Services**
**4200 Manchester Road**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,031.00 |

**Dynamic Dies**
**1705 Commerce Road**
**Holland, OH 43528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Westpack Holdings, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157.50 |
|---|---|---|---|

**3.12** Nonpriority creditor's name and mailing address  
**Employers Assoc. of W. MI**
**380 West Western Ave**
**Suite 202**
**Muskegon, MI 49441**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dues/Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$157.50**

---

**3.13** Nonpriority creditor's name and mailing address  
**Fibers of Kalamazoo, Inc.**
**313 S. Rohlwing Road**
**Addison, IL 60101**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$16,898.76**

---

**3.14** Nonpriority creditor's name and mailing address  
**G&T Industries**
**Foam Division**
**1001 76th Street SW**
**Byron Center, MI 49315**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$20,777.55**

---

**3.15** Nonpriority creditor's name and mailing address  
**Grainger Industrial Supply**
**3803 Roger B Chaffee Memorial**
**Grand Rapids, MI 49548**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.12**

---

**3.16** Nonpriority creditor's name and mailing address  
**Grand Industries**
**PO Box 535**
**Grand Haven, MI 49417**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,012.80**

---

**3.17** Nonpriority creditor's name and mailing address  
**Grand River Insurance Agency**
**Dept 771715**
**Detroit, MI 48277**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,294.00**

---

**3.18** Nonpriority creditor's name and mailing address  
**Green Bay Packaging, Inc.**
**1700 N. Webster Court**
**Green Bay, WI 54302**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

**$6,364.76**

---

Debtor   **Westpack Holdings, Inc.**                          Case number (if known) _____

     Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,525.28** |
|---|---|---|---|

**Holland Pallet Repair**
**13370 Barry Street**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,314.00** |
|---|---|---|---|

**Hot Melt Technologies**
**PO Box 80067**
**Rochester, MI 48308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,454.00** |
|---|---|---|---|

**Intra City Dispatch Inc.**
**1450 E. Laketon Ave**
**Muskegon, MI 49442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,063.22** |
|---|---|---|---|

**Kentwood Packaging**
**2102 Avastar Parkway**
**Grand Rapids, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$191.00** |
|---|---|---|---|

**Mark Maker**
**4157 Stafford**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,405.36** |
|---|---|---|---|

**Matchbox Machinery**
**668 North Coast Hwy**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2022-**

**Basis for the claim:**  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130,762.77** |
|---|---|---|---|

**Michcor Container, Inc.**
**1151 Sheldon Ave SE**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor     **Westpack Holdings, Inc.**                                    Case number (if known) _____
           Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,926.00 |

**Michigan Foam**
**1820 Chicago Drive**
**Wyoming, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,649.36 |

**Nagel Paper Tubes**
**6437 W. Lennon Road**
**Swartz Creek, MI 48473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.34 |

**Nupak Solutions**
**2850 Lincoln Street**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Paychex**
**911 Panorama Trail S**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Ongoing Services- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,721.02 |

**Pratt Industries, Inc.**
**2000 Beverly SW**
**Wyoming, MI 49519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,629.00 |

**RJ Woodworking**
**3108 Whitehall Road**
**Muskegon, MI 49445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $348.18 |

**RJE Machinery**
**11029 Hwy 128**
**Clifton, TN 38425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Westpack Holdings, Inc.**
_____
Name                                                            Case number (if known)  _____

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.44 |

**Same Day Delivery**
**3378 - 3 Mile Road NW**
**Grand Rapids, MI 49534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,268.12 |

**Specialty Adhesives**
**PO Box 18445**
**Memphis, TN 38181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.62 |

**Staffing, Inc.**
**528 4th Street SW**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.84 |

**USF Holland**
**700 S. Waverly Rd**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,407.50 |

**Westrock Box on Demand, LLC**
**14467 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.32 |

**XPO Logistics**
**PO Box 5160**
**Portland, OR 97208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:**  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 6 of 7

Debtor  **Westpack Holdings, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **377,505.62** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **377,505.62** |

**Fill in this information to identify the case:**

Debtor name **Westpack Holdings, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **Commerical Lease** | |
| State the term remaining — **59 months** | **Leestma Management, LLC**<br>**Adelaide Point QOZB LLC**<br>**1204 W. Western Ave, Ste. A**<br>**Muskegon, MI 49441** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Westpack Holdings, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Richard Wilson** | **9435 Stone View Drive NE**<br>**Rockford, MI 49341** | **Small Business Administration** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Richard Wilson** | **9435 Stone View Drive NE**<br>**Rockford, MI 49341** | **The Huntington National Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Tisha Wilson** | **9435 Stone View Drive NE**<br>**Rockford, MI 49341** | **The Huntington National Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Westpack Holdings, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From **7/01/2021** to **6/30/2022** | ■ Operating a business ☐ Other _____ | $3,249,514.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1.  **Priority Health 3915 Momentum Place Chicago, IL 60689** | **Within the past 90 days** | $20,770.14 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Group health insurance plan** |

Debtor  **Westpack Holdings, Inc.** _____  Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.2. **Small Business Administration**<br>**Office of District Counsel**<br>**515 Patrick V McNamara Bldg**<br>**Detroit, MI 48226** | **Within the past 90 days** | $12,294.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **The Huntington National Bank**<br>**2361 Morse Road- NC1W37**<br>**Columbus, OH 43229** | **Within the past 90 days** | $46,169.69 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Leestma Management, LLC**<br>**Adelaide Point QOZB LLC**<br>**1204 W. Western Ave, Ste. A**<br>**Muskegon, MI 49441** | **Within the past 90 days** | $61,534.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commercial Lease** |
| 3.5. **Arvco Container Corporation**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | **Within the past 90 days** | $47,927.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Cascades Enviropac**<br>**PO Box 673939**<br>**Detroit, MI 48267** | **Within the past 90 days** | $21,936.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Color Hub**<br>**4950 Kraft Ave SE**<br>**Grand Rapids, MI 49512** | **Within the past 90 days** | $9,565.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **G&T Industries**<br>**Foam Division**<br>**1001 76th Street SW**<br>**Byron Center, MI 49315** | **Within the past 90 days** | $43,037.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Intra City Dispatch Inc.**<br>**1450 E. Laketon Ave**<br>**Muskegon, MI 49442** | **Within the past 90 days** | $13,196.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Westpack Holdings, Inc.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. **Michcor Container, Inc.** 1151 Sheldon Ave SE Grand Rapids, MI 49507 | **Within the past 90 days** | $37,953.87 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.11. **Schrier Plastics Corp.** 2019 Pine Ridge Drive Jenison, MI 49428 | **Within the past 90 days** | $14,166.62 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **Belka Machine Services** 1906 Parker Drive Wayland, MI 49348 | **Within the past 90 days** | $7,905.45 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Richard Wilson** 9435 Stone View Drive NE Rockford, MI 49341 **President** | **Within the past year** | $128,072.73 | **Wages, Auto Reimbursement, Medical Reimbursement, Earned Commissions** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   **Westpack Holdings, Inc.**                     Case number *(if known)* _____

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Keller & Almassian, PLC 230 East Fulton Grand Rapids, MI 49503** | **Attorney Fees** | **August 2023** | **$38,262.00** |
| | Email or website address **ecf@kalawgr.com** | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Westpack Holdings, Inc.**                                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Distel Thiede Advisory Services** **1500 E. Beltline Ave SE, Ste, 100** **Grand Rapids, MI 49506** | **Financial Advisors** | **August 2023** | **$40,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | | | | |
|---|---|---|---|---|
| 11.3. | **Keller & Almassian, PLC** **230 East Fulton** **Grand Rapids, MI 49503** | **Attorney Fees- One time consult fee** | **Within the past year** | **$300.00** |
| | **Email or website address** **ecf@kalawgr.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor     **Westpack Holdings, Inc.**                                    Case number *(if known)*

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None
| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None
| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None
| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Westpack Holdings, Inc.**                          Case number *(if known)*

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Distel Thiede Advisory Services** **1500 E. Beltline Ave SE, Ste, 100** **Grand Rapids, MI 49506** | **7/2023- Present** |
| 26a.2.   **H&S Companies, PC** **4985 S. Harvey Street** **Muskegon, MI 49444** | **Within the past 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **Westpack Holdings, Inc.**                                    Case number *(if known)*

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Distel Thiede Advisory Services**<br>**1500 E. Beltline Ave SE, Ste, 100**<br>**Grand Rapids, MI 49506** | **7/2023-present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **H&S Companies, PC**<br>**4985 S. Harvey Street**<br>**Muskegon, MI 49444** | **Within the past 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Distel Thiede Advisory Services**<br>**1500 E. Beltline Ave SE, Ste, 100**<br>**Grand Rapids, MI 49506** | |
| 26c.2.    **H&S Companies, PC**<br>**4985 S. Harvey Street**<br>**Muskegon, MI 49444** | |
| 26c.3.    **Richard Wilson**<br>**9435 Stone View Drive NE**<br>**Rockford, MI 49341** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Wilson** | **9435 Stone View Drive NE**<br>**Rockford, MI 49341** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor  **Westpack Holdings, Inc.**                                   Case number *(if known)*

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Richard Wilson**<br>**9435 Stone View Drive NE**<br>**Rockford, MI 49341** | **$128,072.73- Wages, Auto Reimbursement, Medical Reimbursement, Earned Commissions** | **Within the past year** | **Wages** |
|  | **Relationship to debtor**<br>**President** |  |  |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:   Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 31, 2023**

**/s/ Richard Wilson**                              **Richard Wilson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re    **Westpack Holdings, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 31, 2023**

Signature    **/s/ Richard Wilson**

**Richard Wilson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Michigan

In re    **Westpack Holdings, Inc.**

Debtor(s)                    Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 31, 2023**              **/s/ Richard Wilson**

**Richard Wilson**/**President**
Signer/Title

Date:    **August 31, 2023**              **/s/ A. Todd Almassian**

Signature of Attorney
**A. Todd Almassian P55467**
**Keller & Almassian, PLC**
**230 East Fulton**
**Grand Rapids, MI 49503**
**616-364-2100   Fax: 616-364-2200**

ABZAC- MULTIFOLD
9000 BOULEVARD INDUSTRIEL
SUITE 290
TROIS-RIVIERES, QC G9A 5E1

ACTION PACKAGING
DEPT. 6077
PO BOX 30516
LANSING MI 48909

ALTA EQUIPMENT CO.
25538 BETWORTH PLACE
CHICAGO IL 60673

ARVCO CONTAINER CORPORATION
PO BOX 1450
MINNEAPOLIS MN 55485

BOX PARTNERS, LLC
2650 GALVIN DRIVE
ELGIN IL 60124

CASCADES ENVIROPAC
PO BOX 673939
DETROIT MI 48267

CHASE BANK
PO BOX 6294
CAROL STREAM IL 60197

CINTAS CORPORATION #301
PO BOX 630910
CINCINNATI OH 45263

COLOR HUB
4950 KRAFT AVE SW
GRAND RAPIDS MI 49512

CONTINENTAL LINEN SERVICES
4200 MANCHESTER ROAD
KALAMAZOO MI 49001

DYNAMIC DIES
1705 COMMERCE ROAD
HOLLAND OH 43528

EMPLOYERS ASSOC. OF W. MI
380 WEST WESTERN AVE
SUITE 202
MUSKEGON MI 49441


FIBERS OF KALAMAZOO, INC.
313 S. ROHLWING ROAD
ADDISON IL 60101


G&T INDUSTRIES
FOAM DIVISION
1001 76TH STREET SW
BYRON CENTER MI 49315


GRAINGER INDUSTRIAL SUPPLY
3803 ROGER B CHAFFEE MEMORIAL
GRAND RAPIDS MI 49548


GRAND INDUSTRIES
PO BOX 535
GRAND HAVEN MI 49417


GRAND RIVER INSURANCE AGENCY
DEPT 771715
DETROIT MI 48277


GREEN BAY PACKAGING, INC.
1700 N. WEBSTER COURT
GREEN BAY WI 54302


HOLLAND PALLET REPAIR
13370 BARRY STREET
HOLLAND MI 49424


HOT MELT TECHNOLOGIES
PO BOX 80067
ROCHESTER MI 48308


INTRA CITY DISPATCH INC.
1450 E. LAKETON AVE
MUSKEGON MI 49442


KENTWOOD PACKAGING
2102 AVASTAR PARKWAY
GRAND RAPIDS MI 49544

LEESTMA MANAGEMENT, LLC
ADELAIDE POINT QOZB LLC
1204 W. WESTERN AVE, STE. A
MUSKEGON MI 49441


MARK MAKER
4157 STAFFORD
GRAND RAPIDS MI 49548


MATCHBOX MACHINERY
668 NORTH COAST HWY
LAGUNA BEACH CA 92651


MICHCOR CONTAINER, INC.
1151 SHELDON AVE SE
GRAND RAPIDS MI 49507


MICHIGAN FOAM
1820 CHICAGO DRIVE
WYOMING MI 49509


NAGEL PAPER TUBES
6437 W. LENNON ROAD
SWARTZ CREEK MI 48473


NUPAK SOLUTIONS
2850 LINCOLN STREET
MUSKEGON MI 49441


PAYCHEX
911 PANORAMA TRAIL S
ROCHESTER NY 14625


PRATT INDUSTRIES, INC.
2000 BEVERLY SW
WYOMING MI 49519


RICHARD WILSON
9435 STONE VIEW DRIVE NE
ROCKFORD MI 49341


RJ WOODWORKING
3108 WHITEHALL ROAD
MUSKEGON MI 49445

RJE MACHINERY
11029 HWY 128
CLIFTON TN 38425


SAME DAY DELIVERY
3378 - 3 MILE ROAD NW
GRAND RAPIDS MI 49534


SMALL BUSINESS ADMINISTRATION
OFFICE OF DISTRICT COUNSEL
515 PATRICK V MCNAMARA BLDG
DETROIT MI 48226


SPECIALTY ADHESIVES
PO BOX 18445
MEMPHIS TN 38181


STAFFING, INC.
528 4TH STREET SW
GRAND RAPIDS MI 49504


THE HUNTINGTON NATIONAL BANK
2361 MORSE ROAD- NC1W37
COLUMBUS OH 43229


THE HUNTINGTON NATIONAL BANK
PO BOX 182232
GW1W34
COLUMBUS OH 43218


TISHA WILSON
9435 STONE VIEW DRIVE NE
ROCKFORD MI 49341


US ATTORNEY'S OFFICE
PO BOX 208
GRAND RAPIDS MI 49501


US SMALL BUSINESS ADMIN
DISASTER LOAN SERVICING CENTER
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM AL 35203

USF HOLLAND
700 S. WAVERLY RD
HOLLAND MI 49423


WESTROCK BOX ON DEMAND, LLC
14467 COLLECTION CENTER DRIVE
CHICAGO IL 60693


XPO LOGISTICS
PO BOX 5160
PORTLAND OR 97208

# United States Bankruptcy Court
## Western District of Michigan

In re    **Westpack Holdings, Inc.**                        Case No.
                               Debtor(s)          Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Westpack Holdings, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 31, 2023** | **/s/ A. Todd Almassian** |
| Date | **A. Todd Almassian P55467** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Westpack Holdings, Inc.** |
| | **Keller & Almassian, PLC** |
| | **230 East Fulton** |
| | **Grand Rapids, MI 49503** |
| | **616-364-2100 Fax:616-364-2200** |
| | **ecf@kalawgr.com** |