## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In the Matter of:

**WESTPACK HOLDINGS, INC.**

       Debtor.

Case No. DG 23-02033
Chapter 11- Subchapter V
Hon. Scott W. Dales

_____/

## NOTICE OF FILING OF FINANCIAL INFORMATION
## AS REQUIRED BY 11 U.S.C. § 1187(a)

      NOW COMES the Debtor by and through its attorneys, Keller & Almassian, PLC, and files the attached financial information as required by 11 U.S.C. § 1187(a).

Dated:   September 5, 2023

Respectfully Submitted**,**
**KELLER & ALMASSIAN, PLC**

By: /s/ *Greg J. Ekdahl*
A. Todd Almassian (P55467)
Greg J. Ekdahl (P67768)
230 E. Fulton Street
Grand Rapids, MI 49503
Telephone: (616) 364-2100
Email:  talmassian@kalawgr.com
       gekdahl@kalawgr.com

***Proposed Counsel for the Debtor***

3:29 PM

08/31/23

Accrual Basis

# Westpack Holdings Inc.
# Profit & Loss
## August 2023

|  | Aug 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Sales** | |
| 4010 · Corrugated Packaging | 67,148.86 |
| 4015 · CORRRUGATED RESALE | 42,873.07 |
| 4020 · Packaging Materials | 33,515.62 |
| 4030 · Assemblies and Kits | 89,251.18 |
| 4050 · Tooling | 218.00 |
| 4060 · Returnable | 5,506.80 |
| 4070 · Chipboard | 1,984.72 |
| 4000 · Sales - Other | 1,422.88 |
| **Total 4000 · Sales** | 241,921.13 |
| 4080 · FREIGHT BILLED | 1,126.23 |
| **Total Income** | 243,047.36 |
| **Cost of Goods Sold** | |
| **5000 · COST OF GOODS SOLD** | |
| 5001 · RAW - SHEETS | 54,891.73 |
| 5002 · RAW - FINISHED BOXES | 30,189.68 |
| 5003 · RAW - HONEYCOMB | 11,534.56 |
| 5004 · RAW - WOOD | 2,392.58 |
| 5005 · RAW - FOAM | 23,408.00 |
| 5006 · Raw - Plastic | 3,246.62 |
| 5007 · RAW - CHIP BOARD | 2,352.63 |
| 5008 · Tooling | 1,051.00 |
| 5009 · PACKAGING SUPPLIES | 3,694.18 |
| 5010 · FINSIHED BOXES - COMPONENTS | 25,824.17 |
| **Total 5000 · COST OF GOODS SOLD** | 158,585.15 |
| 5100 · Freight | 6,436.56 |
| 5120 · Shop Supplies & Expenses | 1,128.53 |
| 5140 · Direct Labor | 31,830.20 |
| 5142 · DIRECT LABOR - OVERTIME | 4,963.22 |
| 5150 · Repairs & Maintenance | 7,680.82 |
| **Total COGS** | 210,624.48 |
| **Gross Profit** | 32,422.88 |
| **Expense** | |
| **6000 · Compensation** | |
| 6001 · Salaries - officers | 15,214.94 |
| 6002 · Salaries - office | 12,398.06 |
| 6003 · Car Allowance | 1,850.00 |
| 6005 · Subcontract labor | 1,007.62 |
| 6011 · Medicare tax expense | 923.53 |
| 6012 · MESC tax expense | 36.41 |
| 6013 · SOCIAL SECURITY TAXES | 3,948.74 |
| 6014 · FUTA tax expense | 19.70 |
| 6040 · Group medical insurance | 6,425.36 |
| 6041 · Workers compensation | 178.92 |
| 6090 · Payroll processing fees | 687.18 |
| **Total 6000 · Compensation** | 42,690.46 |
| **6110 · Automobile Expense** | |
| 6111 · Gas | 952.60 |
| **Total 6110 · Automobile Expense** | 952.60 |

3:29 PM

08/31/23

Accrual Basis

# Westpack Holdings Inc.
## Profit & Loss
### August 2023

|  | Aug 23 |
|---|---|
| **6120 · Facilities** | |
| 6121 · Rent | 19,441.59 |
| 6125 · Janitorial services | 423.86 |
| 6127 · Utilities | 1,112.62 |
| **Total 6120 · Facilities** | 20,978.07 |
| **6130 · Office Expenses** | |
| 6131 · Office supplies | 276.12 |
| 6135 · Dues and subscriptions | 456.50 |
| **Total 6130 · Office Expenses** | 732.62 |
| **6140 · Computer Costs** | |
| 6144 · Software | 124.54 |
| **Total 6140 · Computer Costs** | 124.54 |
| **6160 · Communications** | |
| 6161 · Telephone | 462.10 |
| 6162 · Cellular phone service | 549.39 |
| 6163 · Internet access fees | 41.73 |
| **Total 6160 · Communications** | 1,053.22 |
| **6170 · Travel & Entertainment** | |
| 6172 · Meals | 167.36 |
| **Total 6170 · Travel & Entertainment** | 167.36 |
| **6180 · Insurance** | |
| 6182 · General liability | 571.58 |
| **Total 6180 · Insurance** | 571.58 |
| **6200 · Interest Expense** | |
| 6205 · Credit card finance charges | 419.08 |
| 6206 · Loan interest | 4,787.94 |
| **Total 6200 · Interest Expense** | 5,207.02 |
| **6220 · Taxes** | |
| 6224 · Property taxes | 453.00 |
| **Total 6220 · Taxes** | 453.00 |
| 6250 · Bad Debt | 384.40 |
| 6280 · Legal & Accounting Fees | 70,199.00 |
| 6290 · Other Professional Fees | 3,400.00 |
| 6511 · Bank Service Charges | 586.50 |
| 6512 · Amortization Expense | 671.33 |
| 6513 · Depreciation Expense | 2,595.02 |
| **Total Expense** | 150,766.72 |
| **Net Ordinary Income** | -118,343.84 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 8010 · Discounts Allowed | 721.81 |
| **Total Other Expense** | 721.81 |
| **Net Other Income** | -721.81 |
| **Net Income** | **-119,065.65** |

1:26 PM

08/31/23

Accrual Basis

## Westpack Holdings Inc.
## Balance Sheet
### As of August 31, 2023

|  | Aug 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1110 · Cash in bank - checking | 122,798.73 |
| 1150 · Prepaid Loan Fees | 40,562.04 |
| **Total Checking/Savings** | 163,360.77 |
| **Accounts Receivable** | |
| 1130 · Accounts receivable | 176,121.18 |
| **Total Accounts Receivable** | 176,121.18 |
| **Other Current Assets** | |
| 1160 · Inventory | 150,768.08 |
| **Total Other Current Assets** | 150,768.08 |
| **Total Current Assets** | 490,250.03 |
| **Fixed Assets** | |
| 1534 · Machinery & equipment | 563,093.98 |
| 1535 · Office equipment | 9,455.54 |
| 1537 · Leased Equipment | 90,448.09 |
| 1580 · Accumulated depreciation | -208,279.04 |
| **Total Fixed Assets** | 454,718.57 |
| **Other Assets** | |
| 1536 · Software | 4,632.06 |
| 1710 · Non-Compete | 20,000.00 |
| 1755 · Accumulated amortization - PPLF | -27,378.00 |
| 1760 · Accumulated Ammortization - Non | -26,997.43 |
| 1900 · Deferred Taxes Receivable | 101,000.00 |
| **Total Other Assets** | 71,256.63 |
| **TOTAL ASSETS** | **1,016,225.23** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2100 · Accounts payable | 360,831.24 |
| **Total Accounts Payable** | 360,831.24 |
| **Credit Cards** | |
| 1181 · SOUTHWEST MILES | 666.96 |
| **Total Credit Cards** | 666.96 |
| **Other Current Liabilities** | |
| 2124 · Misc withheld | -1,380.07 |
| **Total Other Current Liabilities** | -1,380.07 |
| **Total Current Liabilities** | 360,118.13 |
| **Long Term Liabilities** | |
| 2305 · N/P - Huntington | 499,431.38 |
| 2326 · EMERGENCY DISASTER RELIEF LOAN | 1,276,342.80 |
| **Total Long Term Liabilities** | 1,775,774.18 |
| **Total Liabilities** | 2,135,892.31 |

1:26 PM

08/31/23

Accrual Basis

**Westpack Holdings Inc.**
**Balance Sheet**
**As of August 31, 2023**

|  | Aug 31, 23 |
|---|---|
| **Equity** |  |
| 3930 · Common stock | 188,000.00 |
| 3970 · Retained Earnings | -1,154,671.83 |
| 3999 · Opening Bal Equity | -14,348.24 |
| Net Income | -138,647.01 |
| **Total Equity** | -1,119,667.08 |
| **TOTAL LIABILITIES & EQUITY** | 1,016,225.23 |

22749 02/20/2023

| Form **1120** | | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021 or tax year beginning **07/01/21**, ending **06/30/22**
▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

**2021**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name **WESTPACK HOLDINGS, INC.**

Number, street, and room or suite no. If a P.O. box, see instructions.
**1204 W WESTERN AVE**

City or town, state, or province, country, and ZIP or foreign postal code
**MUSKEGON          MI 49441**

**B Employer identification number**
81-3912710

**C Date incorporated**
09/16/2016

**D Total assets (see instructions)**
$ 1,160,479

**E Check if:** (1) Initial return ☐ (2) Final return ☐ (3) Name change ☐ (4) Address change ☐

| | | | | |
|---|---|---|---:|---:|
| **Income** | 1a | Gross receipts or sales | 1a | 3,249,514 |
| | b | Returns and allowances | 1b | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 3,249,514 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 2,409,212 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 840,302 |
| | 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| | 5 | Interest | 5 | 15 |
| | 6 | Gross rents | 6 | |
| | 7 | Gross royalties | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 | Other income (see instructions—attach statement) | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 | 11 | 840,317 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 | 114,589 |
| | 13 | Salaries and wages (less employment credits) | 13 | 88,243 |
| | 14 | Repairs and maintenance | 14 | 2,748 |
| | 15 | Bad debts | 15 | 5,673 |
| | 16 | Rents | 16 | 207,363 |
| | 17 | Taxes and licenses | 17 | 58,126 |
| | 18 | Interest (see instructions) | 18 | 52,637 |
| | 19 | Charitable contributions          SEE STMT 1 | 19 | 0 |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 81,359 |
| | 21 | Depletion | 21 | |
| | 22 | Advertising | 22 | 6,203 |
| | 23 | Pension, profit-sharing, etc., plans | 23 | |
| | 24 | Employee benefit programs | 24 | 93,866 |
| | 25 | Reserved for future use | 25 | |
| | 26 | Other deductions (attach statement)          SEE STMT 2 | 26 | 234,229 |
| | 27 | **Total deductions.** Add lines 12 through 26 | 27 | 945,036 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -104,719 |
| | 29a | Net operating loss deduction (see instructions) | 29a | |
| | b | Special deductions (Schedule C, line 24) | 29b | |
| | c | Add lines 29a and 29b | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -104,719 |
| | 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| | 32 | Reserved for future use | 32 | |
| | 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| | 35 | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | |
| | 36 | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| | 37 | Enter amount from line 36 you want: Credited to 2022 estimated tax ▶          Refunded ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer **RICHARD WILSON**          Date          Title **PRESIDENT**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| KATIE HARDY | KATIE HARDY | 02/20/23 | | P01281393 |

Firm's name ▶ **H&S COMPANIES, P.C.**          Firm's EIN ▶ 38-2563599

Firm's address ▶ **4985 S. HARVEY ST.**
**MUSKEGON, MI          49444**          Phone no. 231-798-1040

For Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **1120** (2021)

22749 02/20/2023

| Form 1120 (2021) **WESTPACK HOLDINGS, INC.** | 81-3912710 | | Page **2** |
|---|---|---|---|

## Schedule C — Dividends, Inclusions, and Special Deductions (see instructions)

| | | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2021)

DAA

22749 02/20/2023

| Form 1120 (2021) | **WESTPACK HOLDINGS, INC.** | 81-3912710 | | Page **3** |

## Schedule J  Tax Computation and Payment (see instructions)

### Part I–Tax Computation

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | | |
| 2 | Income tax. See instructions | | **2** | 0 |
| 3 | Base erosion minimum tax (attach Form 8991) | | **3** | |
| 4 | Add lines 2 and 3 | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | **9f** | | |
| g | Other (see instructions—attach statement) | **9g** | | |
| 10 | **Total.** Add lines 9a through 9g | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0 |

### Part II—Reserved For Future Use

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | **12** | |

### Part III–Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 13 | 2020 overpayment credited to 2021 | **13** | |
| 14 | 2021 estimated tax payments | **14** | |
| 15 | 2021 refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | **20a** | |
| b | Form 4136 | **20b** | |
| c | Reserved for future use | **20c** | |
| d | Other (attach statement–see instructions) | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | Reserved for future use | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | **23** | |

Form **1120** (2021)

DAA

22749 02/20/2023

| Form 1120 (2021) | WESTPACK HOLDINGS, INC. | 81-3912710 | | Page **4** |
|---|---|---|---|---|

**Schedule K**     **Other Information** (see instructions)

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) ▶ | | | | | |
| 2 | See the instructions and enter the: | | | | | |
| a | Business activity code no. ▶  **322200** | | | | | |
| b | Business activity ▶  **MANUFACTURING** | | | | | |
| c | Product or service ▶  **PACKAGING MATERIAL** | | | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | | | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | | | | |
| | | | | | | |
| 4 | At the end of the tax year: | | | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | | | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | | | | X |
| 5 | At the end of the tax year, did the corporation: | | | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. | | | | | X |
| | If "Yes," complete (i) through (iv) below. | | | | | |

| (i)  Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | | | | X |
| | If "Yes," complete (i) through (iv) below. | | | | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | | | | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | | | |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? | | | | | X |
| | For rules of attribution, see section 318. If "Yes," enter: | | | | | |
| | (a) Percentage owned ▶ ............... and (b) Owner's country ▶ | | | | | |
| | (c) The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ | | | | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount | | | ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | | | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶  $                    **0** | | | | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶  ....... **2** | | | | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) | | | ▶ ☒ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ............................................................................ ▶ $  **458,226** | | | | | |

Form **1120** (2021)

DAA

22749 02/20/2023

| Form 1120 (2021)   **WESTPACK HOLDINGS, INC.** | 81-3912710 | | Page 5 |
|---|---|---|---|

**Schedule K**      **Other Information** *(continued from page 4)*

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 ▶ $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                    By Value | | |

Form **1120** (2021)

DAA

22749 02/20/2023

Form 1120 (2021)  **WESTPACK HOLDINGS, INC.**  81-3912710  Page **6**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 9,060 | | 383,318 |
| 2a | Trade notes and accounts receivable | 169,075 | | 268,686 | |
| b | Less allowance for bad debts | 0 | 169,075 | 0 | 268,686 |
| 3 | Inventories | | 186,127 | | 200,717 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (att. stmt.) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 277,516 | | 341,476 | |
| b | Less accumulated depreciation | 133,271 | 144,245 | 169,634 | 171,842 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 60,562 | | 60,562 | |
| b | Less accumulated amortization | 36,921 | 23,641 | 42,646 | 17,916 |
| 14 | Other assets (attach stmt.)  **STMT 3** | | 96,000 | | 118,000 |
| 15 | Total assets | | 628,148 | | 1,160,479 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 148,593 | | 86,066 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 422,111 | | 15,706 |
| 18 | Other current liabilities (att. stmt.)  **STMT 4** | | 5,980 | | 17,313 |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 949,274 | | 1,907,980 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:  **a** Preferred stock | | | | |
| | **b** Common stock | 188,000 | 188,000 | 188,000 | 188,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (att. stmt.) | | | | |
| 25 | Retained earnings—Unappropriated | | -1,085,810 | | -1,054,586 |
| 26 | Adjustments to SH equity (att. stmt.) | | | | |
| 27 | Less cost of treasury stock | | | | ) |
| 28 | Total liabilities and shareholders' equity | | 628,148 | | 1,160,479 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 31,224 | 7 | Income recorded on books this year | |
| 2 | Federal income tax per books | -22,000 | | not included on this return (itemize): | |
| 3 | Excess of capital losses over capital gains | | | Tax-exempt interest $ | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ 44,997 | |
| b | Charitable contributions $ | | b | Charitable contributions $ | |
| c | Travel and entertainment $ 2,753 | | | **STMT 6** 73,208 | 118,205 |
| | **STMT 5** 1,509 | 4,262 | 9 | Add lines 7 and 8 | 118,205 |
| 6 | Add lines 1 through 5 | 13,486 | 10 | Income (page 1, line 28)—line 6 less line 9 | -104,719 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -1,085,810 | 5 | Distributions: | **a** Cash | |
| 2 | Net income (loss) per books | 31,224 | | | **b** Stock | |
| 3 | Other increases (itemize): | | | | **c** Property | |
| | | | 6 | Other decreases (itemize): | | |
| | | | 7 | Add lines 5 and 6 | | |
| 4 | Add lines 1, 2, and 3 | -1,054,586 | 8 | Balance at end of year (line 4 less line 7) | | -1,054,586 |

DAA

Form **1120** (2021)

22749 02/20/2023

| Form **1125-A**<br>(Rev. November 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Cost of Goods Sold**<br><br>▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>▶ Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name<br>WESTPACK HOLDINGS, INC. | | Employer identification number<br>81-3912710 |
|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | 186,127 |
| 2 | Purchases | **2** | 1,887,687 |
| 3 | Cost of labor | **3** | 536,115 |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | 2,609,929 |
| 7 | Inventory at end of year | **7** | 200,717 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 2,409,212 |

**9a** Check all methods used for valuing closing inventory:

    (i)  ☒ Cost

    (ii)  ☐ Lower of cost or market

    (iii)  ☐ Other (Specify method used and attach explanation.) ▶

 **b** Check if there was a writedown of subnormal goods  ▶ ☐

 **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)  ▶ ☐

 **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO   | **9d** |

 **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   ☐ Yes  ☒ No

 **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   ☐ Yes  ☒ No

For Paperwork Reduction Act Notice, see instructions.                          Form **1125-A** (Rev. 11-2018)

DAA

22749 02/20/2023

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

Name

**WESTPACK HOLDINGS, INC.**

Employer identification number

**81-3912710**

Note: Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 RICHARD WILSON | 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 | 100.000 % | 4.260% | % | 114,589 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | | **2** | 114,589 |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | **4** | 114,589 |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

DAA

22749 02/20/2023

| Form **4562** | | **Depreciation and Amortization** (Including Information on Listed Property) ▶ Attach to your tax return. | | OMB No. 1545-0172 **2021** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | | Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| WESTPACK HOLDINGS, INC. | 81-3912710 |

Business or activity to which this form relates

REGULAR DEPRECIATION

### Part I   Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | **1** | 1,050,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | **3** | 2,620,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ **13** | | | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II   Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 63,960 |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III   MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | 17,399 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

#### Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | |
|---|---|---|---|---|---|
| 20a  Class life | | | | S/L | |
| b  12-year | | | 12 yrs. | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 81,359 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **4562** (2021)

22748 02202023
**WESTPACK HOLDINGS, INC.**      **81-3912710**

Form 4562 (2021)                  Page **2**

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | | | | | Yes | No | 24b | If "Yes," is the evidence written? | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | | | (f) Recovery period | (g) Method/ Convention | | | (h) Depreciation deduction | | | (i) Elected section 179 cost | |

**25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ..... **25**

**26** Property used more than 50% in a qualified business use:

| | | % | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | % | | | | | | | | | | |

**27** Property used 50% or less in a qualified business use:

| | | % | | | S/L- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | % | | | S/L- | | | | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ..... **28**

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 ..... **29**

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2021 tax year | | | | **43** | 78,933 |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 78,933 |

DAA                                                      Form **4562** (2021)

22749  Westpack Holdings, Inc.
81-3912710
FYE: 6/30/2022

**Federal Statements**

2/20/2023

## Statement 1 - Form 1120, Page 1, Line 19 - Charitable Contributions

| Description | Amount |
|---|---|
| CARRYOVER FROM PRIOR YEARS | $ 934 |
| TOTAL CONTRIBUTIONS AVAILABLE | 934 |
| LESS QUAL CASH CONTR DISALLOW | 0 |
| LESS CONTRIBUTIONS DISALLOWED | 934 |
| LESS QCC DISALLOWED | 0 |
| TOTAL DEDUCTION ALLOWED | $ 0 |

## Statement 2 - Form 1120, Page 1, Line 26 - Other Deductions

| Description | Amount |
|---|---|
| SUBCONTRACT LABOR | $ 49,104 |
| PAYROLL PROCESSING FEES | 9,820 |
| GAS | 8,778 |
| PARKING | 26 |
| MILEAGE REIMBURSEMENT | 1,970 |
| UTILITIES | 25,118 |
| OFFICE SUPPLIES | 6,986 |
| POSTAGE & DELIVERY | 406 |
| LICENSES & FEES | 60 |
| DUES AND SUBSCRIPTIONS | 1,400 |
| BANK SERVICE CHARGES | 725 |
| NETWORK CONSULTING | 1,200 |
| COMPUTER REPAIRS | 343 |
| COMPUTER SUPPLIES | 2,522 |
| SOFTWARE | 2,349 |
| TELEPHONE | 1,679 |
| CELLULAR PHONE SERVICE | 7,203 |
| INTERNET ACCESS FEES | 5,986 |
| PROFESSIONAL LIABILITY | 564 |
| GENERAL LIABILITY | 8,523 |
| LEGAL & ACCOUNTING FEES | 5,677 |
| BANK SERVICE CHARGES | 12,130 |
| RECONCILATION DISCREPANCIES | -26 |
| AMORTIZATION | 78,933 |
| 50% OF MEALS | 2,753 |
| TOTAL | $ 234,229 |

## Statement 3 - Form 1120, Page 6, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| DEFERRED TAXES RECEIVABLE | $ 96,000 | $ 118,000 |
| TOTAL | $ 96,000 | $ 118,000 |

1-3

Year Ending: June 30, 2022                    81-3912710

Westpack Holdings, Inc.
1204 W Western Ave
Muskegon, MI 49441

## Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.

Year Ending: June 30, 2022

81-3912710

Westpack Holdings, Inc.
1204 W Western Ave
Muskegon, MI 49441

## NOL Carryback Election

Under IRC Section 172(b)(3), the taxpayer elects to relinquish the entire carryback period with respect to any net operating loss incurred during the current tax year.

22749  Westpack Holdings, Inc.
81-3912710
FYE: 6/30/2022

# Federal Asset Report
## Form 1120, Page 1

02/20/2023

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | PerConv Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|
| **7-year GDS Property:** | | | | | | | | | | |
| 35 | Block Glue Line | 7/29/21 | 12,480 | X | | | 0 | 7 HY 200DB | 0 | 12,480 |
| 36 | RJE Cuper C Band Saw | 8/05/21 | 20,150 | X | | | 0 | 7 HY 200DB | 0 | 20,150 |
| 37 | Matchbox Forklift | 12/03/21 | 31,330 | X | | | 0 | 7 HY 200DB | 0 | 31,330 |
| | | | 63,960 | | | | 0 | | 0 | 63,960 |
| **Prior MACRS:** | | | | | | | | | | |
| 1 | Office Equipment | 11/18/16 | 2,500 | X | | | 1,250 | 5 HY 200DB | 2,356 | 144 |
| 4 | 102" Cap Flatbed Roller Type Box I | 11/18/16 | 17,000 | X | | | 8,500 | 7 HY 200DB | 13,207 | 1,517 |
| 5 | 30" x 60" x 40" Hydraulic Baler S/N | 11/18/16 | 3,500 | X | | | 1,750 | 7 HY 200DB | 2,719 | 312 |
| 6 | 55" Corrugated Box Making Machine | 11/18/16 | 13,000 | X | | | 6,500 | 7 HY 200DB | 10,099 | 1,161 |
| 7 | Inline Roll Type Printer S.N H-493 | 11/18/16 | 5,000 | X | | | 2,500 | 7 HY 200DB | 3,884 | 447 |
| 8 | 55" Corrugated Box Making Mach | 11/18/16 | 17,000 | X | | | 8,500 | 7 HY 200DB | 13,207 | 1,517 |
| 9 | Inline Roll Type Printer S/N 537 | 11/18/16 | 5,000 | X | | | 2,500 | 7 HY 200DB | 3,884 | 447 |
| 10 | 84" Corrugated Box Making Machine | 11/18/16 | 35,000 | X | | | 17,500 | 7 HY 200DB | 27,191 | 3,123 |
| 11 | Inline Roll Type Printer S/N JFPS | 11/18/16 | 7,000 | X | | | 3,500 | 7 HY 200DB | 5,438 | 625 |
| 12 | 2000-Lbs. Capacity Hydraulic Platf | 11/18/16 | 3,500 | X | | | 1,750 | 7 HY 200DB | 2,719 | 312 |
| 13 | Assorted 3' x 6' Hydraulic Platform | 11/18/16 | 6,000 | X | | | 3,000 | 7 HY 200DB | 4,661 | 536 |
| 14 | 96" Roll Type Corr Slitter/Scorer | 11/18/16 | 6,000 | X | | | 3,000 | 7 HY 200DB | 4,661 | 536 |
| 15 | 120" Roll Type Corr Stillter/Scorer | 11/18/16 | 12,500 | X | | | 6,250 | 7 HY 200DB | 9,711 | 1,116 |
| 16 | 4000-Lbs Capacity Portable Hydrau | 11/18/16 | 5,000 | X | | | 2,500 | 7 HY 200DB | 3,884 | 447 |
| 17 | 52" Vertical Corr Material Band Saw | 11/18/16 | 6,000 | X | | | 3,000 | 7 HY 200DB | 4,661 | 536 |
| 18 | Internal Type Dust Collector | 11/18/16 | 300 | X | | | 150 | 7 HY 200DB | 233 | 27 |
| 19 | Universal Jet Taper Through Feed S | 11/18/16 | 6,000 | X | | | 3,000 | 7 HY 200DB | 4,661 | 536 |
| 20 | 60" Portable Power Strapping Mach | 11/18/16 | 3,500 | X | | | 1,750 | 7 HY 200DB | 2,719 | 312 |
| 21 | 10" Tilting Arbor Table Saw S/N 89 | 11/18/16 | 500 | X | | | 250 | 7 HY 200DB | 388 | 45 |
| 22 | 36" Vertical Band Saw S/N 33966 | 11/18/16 | 900 | X | | | 450 | 7 HY 200DB | 699 | 81 |
| 23 | 15" Floor Type Drill Press | 11/18/16 | 150 | X | | | 75 | 7 HY 200DB | 117 | 13 |
| 24 | 3-HP Vertical Tank Mounted Air C | 11/18/16 | 600 | X | | | 300 | 7 HY 200DB | 466 | 54 |
| 25 | Hand Held Ultrasonic Welder S/N | 11/18/16 | 900 | X | | | 450 | 7 HY 200DB | 699 | 81 |
| 26 | Small Tools - Production Floor | 11/18/16 | 4,000 | X | | | 2,000 | 7 HY 200DB | 3,108 | 357 |
| 27 | Small Tools - Warehouse | 11/18/16 | 2,000 | X | | | 1,000 | 7 HY 200DB | 1,554 | 178 |
| 28 | 5000-Lbs Capacity LP Gas ForkLift | 11/18/16 | 2,000 | X | | | 1,000 | 7 HY 200DB | 1,554 | 178 |
| 29 | Adjustment to Agree to Appraisal | 11/18/16 | 10,750 | X | | | 5,375 | 7 HY 200DB | 8,351 | 960 |
| 30 | S & S Partition Slotters | 5/15/17 | 14,000 | X | | | 7,000 | 7 HY 200DB | 10,876 | 1,250 |
| 31 | Pot Devin and Compression Press | 5/22/17 | 6,174 | X | | | 3,087 | 7 HY 200DB | 4,796 | 551 |
| 32 | Strapping Machine EAM Mosca TR | 6/15/20 | 6,860 | X | | | 0 | 7 HY 200DB | 6,860 | 0 |
| 33 | Yale Electric Fork Truck | 8/17/20 | 2,500 | X | | | 0 | 7 MQ200DB | 2,500 | 0 |
| 34 | Electric Fork Truck Battery and Cha | 4/21/21 | 7,250 | X | | | 0 | 7 MQ200DB | 7,250 | 0 |
| | | | 212,384 | | | | 97,887 | | 169,113 | 17,399 |
| **Other Depreciation:** | | | | | | | | | | |
| 3 | 63" x 118" Aoke Sample Table | 6/30/17 | 60,500 | | | | 60,500 | 0 -- Memo | 0 | 0 |
| 38 | Non-Compete | 11/18/16 | 0 | | | | 0 | 0 HY | 0 | 0 |
| 39 | Prepaid Loan Fees | 11/18/16 | 0 | | | | 0 | 0 HY | 0 | 0 |
| | **Total Other Depreciation** | | 60,500 | | | | 60,500 | | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 60,500 | | | | 60,500 | | 0 | 0 |
| **Amortization:** | | | | | | | | | | |
| 2 | Drafting Software | 5/10/17 | 4,632 | | | | 4,632 | 3 MOAmort | 4,632 | 0 |
| 40 | Goodwill | 6/30/17 | 1,184,000 | | | | 1,184,000 | 15 MOAmort | 361,778 | 78,933 |
| | | | 1,188,632 | | | | 1,188,632 | | 366,410 | 78,933 |
| | **Grand Totals** | | 1,525,476 | | | | 1,347,019 | | 535,523 | 160,292 |
| | Less: Dispositions and Transfers | | 0 | | | | 0 | | 0 | 0 |
| | Less: Start-up/Org Expense | | 0 | | | | 0 | | 0 | 0 |
| | **Net Grand Totals** | | 1,525,476 | | | | 1,347,019 | | 535,523 | 160,292 |

22749  Westpack Holdings, Inc.                                                           02/20/2023
81-3912710      **Future Depreciation Report    FYE: 6/30/23**
FYE: 6/30/2022                         **Form 1120, Page 1**

| Asset | Description | Date In Service | Cost | Tax | AMT | ACE |
|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | |
| 1 | Office Equipment | 11/18/16 | 2,500 | 0 | 0 | 0 |
| 4 | 102" Cap Flatbed Roller Type Box I | 11/18/16 | 17,000 | 1,517 | 0 | 0 |
| 5 | 30" x 60" x 40" Hydraulic Baler S/N | 11/18/16 | 3,500 | 313 | 0 | 0 |
| 6 | 55" Corrugated Box Making Machine | 11/18/16 | 13,000 | 1,160 | 0 | 0 |
| 7 | Inline Roll Type Printer S.N H-493 | 11/18/16 | 5,000 | 446 | 0 | 0 |
| 8 | 55" Corrugated Box Making Mach | 11/18/16 | 17,000 | 1,517 | 0 | 0 |
| 9 | Inline Roll Type Printer S/N 537 | 11/18/16 | 5,000 | 446 | 0 | 0 |
| 10 | 84" Corrugated Box Making Machine | 11/18/16 | 35,000 | 3,124 | 0 | 0 |
| 11 | Inline Roll Type Printer S/N JFPS | 11/18/16 | 7,000 | 625 | 0 | 0 |
| 12 | 2000-Lbs. Capacity Hydraulic Platf | 11/18/16 | 3,500 | 313 | 0 | 0 |
| 13 | Assorted 3' x 6' Hydraulic Platform | 11/18/16 | 6,000 | 535 | 0 | 0 |
| 14 | 96" Roll Type Corr Slitter/Scorer | 11/18/16 | 6,000 | 535 | 0 | 0 |
| 15 | 120" Roll Type Corr Stillter/Scorer | 11/18/16 | 12,500 | 1,115 | 0 | 0 |
| 16 | 4000-Lbs Capacity Portable Hydrau | 11/18/16 | 5,000 | 446 | 0 | 0 |
| 17 | 52" Vertical Corr Material Band Saw | 11/18/16 | 6,000 | 535 | 0 | 0 |
| 18 | Internal Type Dust Collector | 11/18/16 | 300 | 27 | 0 | 0 |
| 19 | Universal Jet Taper Through Feed S | 11/18/16 | 6,000 | 535 | 0 | 0 |
| 20 | 60" Portable Power Strapping Mach | 11/18/16 | 3,500 | 313 | 0 | 0 |
| 21 | 10" Tilting Arbor Table Saw S/N 89 | 11/18/16 | 500 | 45 | 0 | 0 |
| 22 | 36" Vertical Band Saw S/N 33966 | 11/18/16 | 900 | 80 | 0 | 0 |
| 23 | 15" Floor Type Drill Press | 11/18/16 | 150 | 13 | 0 | 0 |
| 24 | 3-HP Vertical Tank Mounted Air C | 11/18/16 | 600 | 53 | 0 | 0 |
| 25 | Hand Held Ultrasonic Welder S/N | 11/18/16 | 900 | 80 | 0 | 0 |
| 26 | Small Tools - Production Floor | 11/18/16 | 4,000 | 357 | 0 | 0 |
| 27 | Small Tools - Warehouse | 11/18/16 | 2,000 | 179 | 0 | 0 |
| 28 | 5000-Lbs Capacity LP Gas ForkLift | 11/18/16 | 2,000 | 179 | 0 | 0 |
| 29 | Adjustment to Agree to Appraisal | 11/18/16 | 10,750 | 959 | 0 | 0 |
| 30 | S & S Partition Slotters | 5/15/17 | 14,000 | 1,249 | 0 | 0 |
| 31 | Pot Devin and Compression Press | 5/22/17 | 6,174 | 551 | 0 | 0 |
| 32 | Strapping Machine EAM Mosca TR | 6/15/20 | 6,860 | 0 | 0 | 0 |
| 33 | Yale Electric Fork Truck | 8/17/20 | 2,500 | 0 | 0 | 0 |
| 34 | Electric Fork Truck Battery and Cha | 4/21/21 | 7,250 | 0 | 0 | 0 |
| 35 | Block Glue Line | 7/29/21 | 12,480 | 0 | 0 | 0 |
| 36 | RJE Cuper C Band Saw | 8/05/21 | 20,150 | 0 | 0 | 0 |
| 37 | Matchbox Forklift | 12/03/21 | 31,330 | 0 | 0 | 0 |
| | | | 276,344 | 17,247 | 0 | 0 |
| **Other Depreciation:** | | | | | | |
| 3 | 63" x 118" Aoke Sample Table | 6/30/17 | 60,500 | 0 | 0 | 0 |
| 38 | Non-Compete | 11/18/16 | 0 | 0 | 0 | 0 |
| 39 | Prepaid Loan Fees | 11/18/16 | 0 | 0 | 0 | 0 |
| | **Total Other Depreciation** | | 60,500 | 0 | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 60,500 | 0 | 0 | 0 |
| **Amortization:** | | | | | | |
| 2 | Drafting Software | 5/10/17 | 4,632 | 0 | 0 | 0 |
| 40 | Goodwill | 6/30/17 | 1,184,000 | 78,933 | 0 | 0 |
| | | | 1,188,632 | 78,933 | 0 | 0 |
| | **Grand Totals** | | 1,525,476 | 96,180 | 0 | 0 |

22749  Westpack Holdings, Inc.
81-3912710
FYE: 6/30/2022

**Federal Statements**

2/20/2023

## Form 1120, Page 1, Line 1a - Gross Receipts or Sales

| Description | Amount |
|---|---|
| CORRUGATED PACKAGING | $ 1,185,658 |
| CORRUGATED RESALE | 447,382 |
| PACKAGING MATERIALS | 340,039 |
| ASSEMBLIES AND KITS | 1,071,686 |
| CONTRACT PKG AND FULLFILLMENT | 1,825 |
| TOOLING | 14,283 |
| RETURNABLE | 33,961 |
| CHIPBOARD | 29,022 |
| FREIGHT BILLED | 23,419 |
| CARES ACT LOAN FOREGIVEN | 92,000 |
| EIDL INCOME | 3,000 |
| DISCOUNTS EARNED | 17,030 |
| DISCOUNTS ALLOWED | -9,791 |
| TOTAL | $ 3,249,514 |

## Form 1120, Page 1, Line 5 - Interest

| Description | Amount |
|---|---|
| INTEREST INCOME | $ 15 |
| TOTAL | $ 15 |

## Form 1120, Page 1, Line 15 - Bad Debts

| Description | Amount |
|---|---|
| BAD DEBT | $ 5,673 |
| TOTAL | $ 5,673 |

## Form 1120, Page 1, Line 17 - Taxes and Licenses

| Description | Amount |
|---|---|
| MEIDCARE TAX EXPENSE | $ 10,381 |
| MESC TAX EXPENSE | 605 |
| SOCIAL SECURITY TAXES | 44,388 |
| FUTA TAX EXPENSE | 1,274 |
| SALES TAX EXPENSE | 701 |
| OTHER TAXES | 777 |
| TOTAL | $ 58,126 |

22749  Westpack Holdings, Inc.
81-3912710
FYE: 6/30/2022

**Federal Statements**

2/20/2023

## Form 1120, Page 1, Line 18 - Interest

| Description | Amount |
|---|---|
| INTEREST EXPENSE | $       3,344 |
| LOAN INTEREST | 49,293 |
| TOTAL | $      52,637 |

## Form 1120, Page 1, Line 24 - Employee Benefit Programs

| Description | Amount |
|---|---|
| EMPLOYEE BENEFIT PROGRAM | $      93,866 |
| TOTAL | $      93,866 |

## Form 1120, Page 6, Schedule L, Line 2a - Trade Notes and Accounts Receivable

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCOUNTS RECEIVABLE | $     169,075 | $     268,686 |
| TOTAL | $     169,075 | $     268,686 |

## Form 1120, Page 6, Schedule L, Line 3 - Inventories

| Description | Beginning of Year | End of Year |
|---|---|---|
| INVENTORY | $     186,127 | $     200,717 |
| TOTAL | $     186,127 | $     200,717 |

## Form 1120, Page 6, Schedule L, Line 17 - Mortgages, Notes, Bonds Payable in Less Than One Year

| Description | Beginning of Year | End of Year |
|---|---|---|
| CURRENT PORTION OF LTD | $     263,201 | $      15,706 |
| NOTES PAYABLE - LOC | 158,910 | 0 |
| TOTAL | $     422,111 | $      15,706 |

22749  Westpack Holdings, Inc.
81-3912710
FYE: 6/30/2022

**Federal Statements**

2/20/2023

## Form 1120, Page 6, Schedule L, Line 20 - Mortgages, Notes, Bonds Payable in One Year or More

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| N/P-HUNTINGTON | $ 770,311 | $ 648,004 |
| N/P - FORKLIFT | 0 | 19,699 |
| EMERGENCY DISASTER RELIEF LOA | 155,461 | 1,250,000 |
| N/P CORRUGATED MACHINERY EXC | 17,817 | 5,983 |
| LESS: CURRENT PORTION OF LTD | -263,201 | -15,706 |
| N/P -WEST MICHIGAN INDUSTRIES | 176,886 | 0 |
| PPP LOAN ROUND 2 | 92,000 | 0 |
| TOTAL | $ 949,274 | $ 1,907,980 |

22749 02/20/2023

Michigan Department of Treasury
4891 (Rev. 06-21), Page 1 of 2

This form cannot be used
as an amended return; use
the *CIT Amended Return*
(Form 4892).

# 2021 MICHIGAN Corporate Income Tax Annual Return

Issued under authority of Public Act 38 of 2011.

| | MM-DD-YYYY | | MM-DD-YYYY |
|---|---|---|---|
| 1. Return is for calendar year 2021 or for tax year beginning: | **07-01-2021** | and ending: | **06-30-2022** |

| 2. Taxpayer Name (print or type) | 3. Federal Employer Identification Number (FEIN) |
|---|---|
| **WESTPACK HOLDINGS, INC.** | **81-3912710** |

4. Street Address

**1204 W WESTERN AVE**

| City | State | ZIP/Postal Code | Country Code |
|---|---|---|---|
| **MUSKEGON** | **MI** | **49441** | |

| 5. NAICS (North American Industry Classification System) Code | 6. If a Final Return, Enter Effective End Date |
|---|---|
| **322200** | |

8. ☐ Check if a special sourcing formula for transportation services is used in the sourcing of Sales to Michigan.

7a. ☐ Check if Filing Michigan Unitary Business Group Return. (Include Form 4896, 4897, and Form 4897.)

7b. Affiliated Group Election year (MM-DD-YYYY)

**Important:** If the tax liability on line 40 is less than or equal to $100, or the gross receipts on line 11 are less than $350,000, you are not required to file this return or pay the tax. Short period filers, see instructions.

9. Apportionment Calculation — If any amount in line 9a through 9e is zero, enter zero. **All lines must be completed.**

| | | | |
|---|---|---|---|
| a. | Michigan sales of the corporation/Unitary Business Group (UBG) (if no Michigan sales, enter zero) | 9a. | **3249514** 00 |
| b. | Proportionate Michigan sales from unitary Flow-Through Entities (FTEs) (include Form 4900) | 9b. | **0** 00 |
| c. | Michigan sales. Add lines 9a and 9b | 9c. | **3249514** 00 |
| d. | Total sales of the corporation/UBG | 9d. | **3249514** 00 |
| e. | Proportionate total sales from unitary FTEs (include Form 4900) | 9e. | **0** 00 |
| f. | Total sales. Add lines 9d and 9e | 9f. | **3249514** 00 |
| g. | Apportionment percentage. Divide line 9c by line 9f | 9g. | **100.0000** % |

| | | | |
|---|---|---|---|
| 10. a. | Gross receipts from corporate activities (see instructions) | 10a. | **3249529** 00 |
| 10. b. | Apportioned gross receipts from FTEs | 10b. | 00 |

11. **REQUIRED:** Total gross receipts for filing threshold purposes. Multiply line 10a by line 9g, and add line 10b ... 11. **3249529** 00

## PART 1: CORPORATE INCOME TAX

Unitary Business Groups: Amounts reported for all members on Form 4897 must be summed and carried to the corresponding line on Form 4891.

| | | |
|---|---|---|
| 12. Federal taxable income. (Amount includes agricultural activities. See instructions.) | 12. | **-104719** 00 |
| 13. Miscellaneous (see instructions) | 13. | 00 |

14. Adjustments due to decoupling of Michigan depreciation from IRC § 168(k). If adjustment is negative, enter as negative:

| | | | |
|---|---|---|---|
| a. Net bonus depreciation adjustment | 14a. | **51088** 00 | |
| b. Gain/loss adjustment on sale of eligible depreciable asset(s) | 14b. | 00 | |
| c. Add lines 14a and 14b. If negative, enter as negative | | 14c. | **51088** 00 |

| | | |
|---|---|---|
| 15. Add lines 12, 13 and 14c. If negative, enter as negative | 15. | **-53631** 00 |
| 16. For a UBG, total group eliminations from business income (see instructions). All other filers, enter zero | 16. | **0** 00 |
| 17. **Business Income.** Subtract line 16 from line 15. (UBGs, see instructions.) If negative, enter as negative | 17. | **-53631** 00 |

### Additions to Business Income

| | | |
|---|---|---|
| 18. Interest income and dividends derived from obligations or securities of states other than Michigan | 18. | 00 |
| 19. Taxes on or measured by net income including tax imposed under CIT | 19. | 00 |
| 20. Any carryback or carryover of a federal net operating loss (enter as a positive number) | 20. | 00 |
| 21. Royalty, interest, and other expenses paid to a related person that is not a UBG member of this taxpayer | 21. | 00 |
| 22. Expenses from the production of oil and gas, and/or minerals (see instructions) | 22. | 00 |
| 23. Miscellaneous (see instructions) | 23. | 00 |
| 24. Total Additions to Income. Add lines 18 through 23 | 24. | 00 |
| 25. **Corporate Income Tax Base After Additions.** Add lines 17 and 24. If negative, enter as negative | 25. | **-53631** 00 |

✚ 1022 2021 12 01 27 4

Continue and sign on Page 2

22749 02/20/2023

2021 Form 4891, Page 2 of 2    Taxpayer FEIN **81-3912710**

## PART 1: CORPORATE INCOME TAX (Continued)
### Subtractions from Business Income

| | | | |
|---|---|---|---|
| 26. | Income from non-unitary FTEs (Enter loss as negative; include Form 4898; see instructions) | 26. | 00 |
| 27. | Dividends and royalties received from persons other than U.S. persons and foreign operating entities | 27. | 00 |
| 28. | Interest income derived from United States obligations | 28. | 00 |
| 29. | Income from the production of oil and gas, and/or minerals (see instructions) | 29. | 00 |
| 30. | Miscellaneous (see instructions) | 30. | 00 |
| 31. | Total Subtractions from Income. Add lines 26 through 30 | 31. | 00 |
| 32. | **Corporate Income Tax Base.** Subtract line 31 from line 25. If negative, enter as negative | 32. | -53631 00 |
| 33. | Apportioned Corporate Income Tax Base. Multiply line 32 by percentage on line 9g | 33. | -53631 00 |
| 34. | Apportioned Income from non-unitary FTEs from Form 4898 (see instructions) | 34. | 00 |
| 35. | Total apportioned Corporate Income Tax Base. Add line 33 and line 34 | 35. | -53631 00 |
| 36a. | Available CIT business loss carryforward (see instructions). Enter as positive | 36a. | 458246 00 |
| 36b. | ☐ Check if any loss on line 36a was acquired in this filing period in an IRC 381(a)(1) or (2) transaction (see instructions) | | |
| 37. | Subtract line 36a from line 35. If negative, enter here as negative. A negative number here is the available business loss carryforward to the next filing period (see instructions) | 37. | -511877 00 |
| 38. | **Corporate Income Tax Before Credit.** Multiply line 37 by 6% (0.06). If less than zero, enter zero | 38. | 0 00 |

### PART 2: TOTAL CORPORATE INCOME TAX

| | | | |
|---|---|---|---|
| 39. | Small Business Alternative Credit (SBAC) from Form 4893, line 14 or line 18, whichever applies | 39. | 00 |
| 40. | **Tax Liability after SBAC.** Subtract line 39 from line 38. If less than or equal to $100, enter zero. If apportioned or allocated gross receipts are less than $350,000, enter zero (see instructions) | 40. | 0 00 |
| 41. | Total Recapture of Certain Business Tax Credits from Form 4902 | 41. | 00 |
| 42. | Total Tax Liability. Add lines 40 and 41 | 42. | 0 00 |

### PART 3: PAYMENTS AND TAX DUE
UBGs include on lines 43 through 46 payments from all members as reported on Form 4897.

| | | | |
|---|---|---|---|
| 43. | Overpayment credited from prior period return (MBT or CIT) | 43. | 00 |
| 44. | Estimated tax payments | 44. | 00 |
| 45. | Tax paid with request for extension | 45. | 00 |
| 46. | Michigan tax withheld | 46. | 00 |
| 47. | Payment total. Add lines 43 through 46 | 47. | 00 |
| 48. | **TAX DUE.** Subtract line 47 from line 42. If less than zero, leave blank | 48. | 00 |
| 49. | Underpaid estimate penalty and interest from Form 4899, line 38 | 49. | 00 |
| 50. | Annual Return Penalty (see instructions) | 50. | 00 |
| 51. | Annual Return Interest (see instructions) | 51. | 00 |
| 52. | **PAYMENT DUE.** If line 48 is blank, go to line 53. Otherwise, add lines 48 through 51 | 52. | 00 |

### PART 4: REFUND OR CREDIT FORWARD

| | | | |
|---|---|---|---|
| 53. | Overpayment. Subtract lines 42, 49, 50 and 51 from line 47. If less than zero, leave blank (see instructions) | 53. | 00 |
| 54. | **CREDIT FORWARD.** Amount on line 53 to be credited forward and used as an estimate for next CIT tax year | 54. | 00 |
| 55. | **REFUND.** Subtract line 54 from line 53 | 55. | 00 |

| Taxpayer Certification. *I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.* | | | Preparer Certification. *I declare under penalty of perjury that this return is based on all information of which I have any knowledge.* |
|---|---|---|---|
| | | | Preparer's PTIN, FEIN or SSN |
| ☒ By checking this box, I authorize Treasury to discuss my return with my preparer. | | | P01281393 |
| Authorized Signature for Tax Matters | | | Preparer's Business Name (print or type) |
| | | | H&S COMPANIES, P.C. |
| Authorized Signer's Name (print or type) | | Date | Preparer's Business Address and Telephone Number (print or type) |
| RICHARD WILSON | | | 4985 S. HARVEY ST. |
| Title | Telephone Number | | MUSKEGON          MI   49444 |
| PRESIDENT | 231-725-9300 | | 231-798-1040 |

**Return is due April 30 or on or before the last day of the 4th month after the close of the tax year.**

**WITHOUT PAYMENT.** Mail return to:
Michigan Department of Treasury,
PO Box 30803, Lansing MI 48909

**WITH PAYMENT.** Pay amount on line 52. Mail check and return to: Michigan Department of Treasury, PO Box 30804, Lansing MI 48909. Make check payable to "State of Michigan." Print taxpayer's FEIN, the tax year, and "CIT" on the front of the check. Do not staple the check to the return.

+ 1022 2021 12 02 27 2