UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In the Matter of:

**WESTPACK HOLDINGS, INC.**

Debtor.

_____/

Case No. DG 23-02033
Chapter 11- Subchapter V
Hon. Scott W. Dales

## NOTICE OF STALKING HORSE AS SUCCESSFUL BIDDER

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 1, 2023, the above-captioned Debtor, Westpack Holdings, Inc. ("**Debtor**") filed its Motion Requesting the Entry of Orders: (I)(A) Approving Bidding Procedures for the Proposed Sale of Substantially all of the Debtor's Assets and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (B) Approving Bid Protections, (C) Approving the Establishment of Cure Amounts, and (D) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof; and (II) (A) Authorizing and Approving the Sale of Substantially all of the Debtor's Assets Free and Clear of Liens, (B) Authorizing the Assumption and Assignment of Executory Contracts and Leases, and (C) Granting Related Relief ("**Bidding and Sale Motion**") [Docket No. 8] with the United States Bankruptcy Court for the Western District of Michigan.

2. On September 13, 2023, the Court entered the Order (A) Approving Bidding Procedures for the Proposed Sale of Substantially all of the Debtor's Assets and the Assumption and Assignment of Certain Executory Contracts and Unexpired

1

Leases, (B) Approving Bid Protections, (C) Approving the Establishment of Cure Amounts, and (D) Scheduling a Final Sale Hearing and Approving the Form and Manner of Notice Thereof (the "**Bidding Procedures Order**") [DK No. 42].

3. The Bidding Procedures Order set a deadline for Qualified Bids for the sale of substantially all of the Debtor's assets, to be presented to the Debtor on or before October 20, 2023, by 5:00 p.m. (ET).

4. The Debtor, with assistance from its financial advisor and counsel, made efforts to advertise and market the proposed sale of Debtor's assets to other potentially interested parties.

5. The Debtor did not receive any additional Qualified Bids, other than the stalking horse bid as described in the Bidding and Sale Motion, and therefore will not hold the Auction that had been scheduled for October 26, 2023, at 10:00 a.m. (ET).

6. No interested party expressed a desire to bid or a desire to extend the bid deadline, which the Debtor was prepared to offer is such a request was made.

7. The Debtor, in consultation with the Consultation Parties, and in accordance with the Bidding Procedures Order, has therefore determined that the successful bidder is the stalking horse bidder, Casey Young, or an entity to be formed by him, pursuant to the terms of the stalking horse Asset Purchase Agreement as attached to the Bidding and Sale Motion at Exhibit A at Docket No. 42-1.

8. A Sale Hearing on the proposed sale of Debtor's assets is scheduled for **November 15, 2023, at 10:00 a.m. (ET)**, in the courtroom of the Honorable Scott W.

Dales, Bankruptcy Court for Western District of Michigan, 1 Division Avenue North, Grand Rapids, MI 49503.

                                              Respectfully submitted,
                                              **Keller & Almassian, PLC**

Dated:  October 24, 2023                  /s/ Greg J. Ekdahl
                                              A. Todd Almassian (P55467)
                                              Greg J. Ekdahl (P67768)
                                              230 East Fulton Street
                                              Grand Rapids, MI 49503
                                              (616) 364-2100
                                              talmassian@kalawgr.com
                                              gekdahl@kalawgr.com