# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In the Matter of:

**WESTPACK HOLDINGS, INC.**

        Debtor.

_____/

Case No. DG 23-02033
Chapter 11- Subchapter V
Hon. Scott W. Dales

## ORDER APPROVING CHAPTER 11 PLAN OF WESTPACK HOLDINGS, INC. UNDER SUBCHAPTER V OF CHAPTER 11

The Chapter 11 Plan under Subchapter V of Chapter 11 filed by Westpack Holdings, Inc. on November 8, 2023 [DK 80], as amended by the Debtor's First Amended Plan Under Subchapter V of Chapter 11, filed on December 15, 2023 [DK 100] (the "Plan"), the United States Trustee having filed an Objection to Confirmation [DK 95], no other objections having been filed, and no creditors having changed their ballot;

It having been determined after hearing with this Court on December 20, 2023, based on the representations on the record, that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied as to the Plan, and the record in this Chapter 11 case to date; due and sufficient factual and legal cause appearing therefore; notice being sufficient; the Objection of the United States Trustee having been resolved; and the Court otherwise being fully advised of the premises;

NOW THEREFORE, IT IS ORDERED THAT:

1. The Plan, including all of its terms, provisions and exhibits, which are incorporated herein by reference, is confirmed.

2. Section 6.3 of the Plan is modified to read as follows:

The Plan will be administered by the Debtor and/or the Subchapter V Trustee. The Debtor will make the distributions described in this Plan directly. All actions taken under the Plan in the name of the Debtor shall be taken in accordance with the provisions of the Plan. Upon the distribution of all assets pursuant to the Plan, the Debtor may take appropriate action to dissolve under applicable state law.

3. The modifications contained in the Plan as amended and this confirmation order constitute modifications allowed pursuant to 11 U.S.C. § 1127, and do not adversely change the treatment of any claim or interest in the Plan.

4. Pursuant to Section 1142(b) of the Bankruptcy Code, the Debtors are authorized and directed to execute and deliver all documents and agreements necessary to consummate and implement the Plan and to take any and all lawful actions necessary to consummate and implement the Plan and the transactions contained therein.

5. Administrative Expense Claims for Professional Services: Any person or entity seeking allowance of compensation and reimbursement of expenses for professional services rendered to the Debtors, or in relation to the Chapter 11 Case, shall file with the Court an application for allowance of compensation and reimbursement of expenses incurred before the Effective Date and serve such application as required and obtain an Order approving the application prior to being paid. Such application is due no later than 7 days after the Effective Date.

6. Immediate Effect: Notwithstanding Bankruptcy Rule 3020(e), this Confirmation Order shall take effect immediately upon its entry and the Debtor Entity is authorized and directed to consummate the Plan immediately after entry of this Confirmation order in accordance with the terms of the Plan.

7. The Effective Date shall be the first business day following the date that is 10 days from the entry of the Confirmation Order. The deadline for Professionals to file applications for compensation shall be 7 days after the Effective Date; the deadline for filing Administrative Expense Claims shall be the Effective Date; and the Distribution Date shall be on or before the Effective Date.

THE COURT HEREBY DIRECTS entry and judgment set forth herein. The confirmation order is a final and appealable order pursuant to Federal Bankruptcy Rules of Procedure 7054 (a) and 9014, and Federal Civil Rule of Procedure 54(b). This Court shall reserve and retain jurisdiction to enforce the terms of the confirmation order or rule upon any disputes arising from the confirmation order.

### END OF ORDER

**IT IS SO ORDERED.**

**Dated December 20, 2023**



_____
Scott W. Dales
United States Bankruptcy Judge